# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VINCENT FERGUSON,

    Plaintiff,

v.                                                                             Case No: 5:22-cv-109-JSM-PRL

J.M. GIBSON MECHANICAL, INC.,

    Defendant.

_____

## **ORDER**

THIS CAUSE comes before the Court on the Joint Motion for Approval of FLSA Settlement Agreement (Dkt. 15). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of FLSA Settlement Agreement (Dkt. 15) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of May, 2022.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record